F.A.S. INTERNATIONAL, INC. *v.* FRANK SANTAGUIDA, ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT

The defendant's "Motion to Substitute Party Defendant" is granted by the court.

*Michael J. Lombardo,* in support of the motion.

Submitted September 1—decided October 4, 1978

NADINE O. MONROE *v.* FLOYD R. MONROE

The plaintiff's motions of August 15, 1978, for correction of the record and of August 21, 1978, for clarification of the motion to correct are granted by the court as to paragraphs (1) and (2) and denied as to paragraph (3) of the motion for clarification.

*Nadine O. Monroe,* pro se, in support of the motions.

Submitted September 1—decided October 4, 1978

The defendant's motion to correct the record, dated August 16, 1978, is' denied by the court.

*Thomas B. Wilson,* in support of the motion.

Submitted September 5—decided October 4, 1978

RUTH HUNT *v.* RICHARD HUNT

The defendant's "Motion for Stay of Judgment," dated August 31, 1978, is denied by the court.

*Richard M. Hunt,* pro se, in support of the motion.

Submitted September 5—decided October 4, 1978